# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DOUGLAS WEST,** | ) |
| Petitioner, | ) |
| v. | ) No. CIV 1997-243-JHP-KEW |
| **RON CHAMPION. Warden,** | ) |
| Respondent. | ) |

## ORDER AND OPINION
## DENYING CERTIFICATE OF APPEALABILITY

Petitioner has filed a notice of intent to appeal the court's order entered September 23, 2009, denying his motions to alter or amend judgment. After a careful review of the record the court concludes petitioner has failed to make a "substantial showing of the denial of a constitutional right," as required by 28 U.S.C. § 2253(c)(2). The court further finds petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**ACCORDINGLY,** petitioner is denied a certificate of appealability.

**IT IS SO ORDERED** this 23rd day of October 2009.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma